United States District Court

Eastern District of California

Kenneth Mills,

     Petitioner,                   No. Civ. S 06-0136 LKK PAN P

  vs.                             Order

Hall of Justice,

     Respondent.

-oOo-

    Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus and leave to proceed in forma pauperis.

    Examination of the in forma pauperis affidavit reveals petitioner is unable to afford the costs of suit. Leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

    Petitioner names "Hall of Justice" as respondent. The proper respondent is "the state officer who has custody" of petitioner, who typically is the sheriff of the pretrial

detention facility or the warden of the prison where petitioner is confined.  Rule 2(a), Rules Governing § 2254 Cases; Advisory Committee Notes to Rule 2(a).

    Accordingly, petitioner has 30 days from the date this order is signed to file an amended petition naming the proper respondent.  Otherwise this action will be dismissed without prejudice.  The Clerk of the Court is directed to send to petitioner the form application for a writ of habeas corpus by a state prisoner used in this court.

    So ordered.

    Dated:  February 7, 2006.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge