IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,               No. CIV S-06-0136 LKK PAN P

    vs.

HALL OF JUSTICE,

    Respondent.         <u>ORDER</u>

_____/

        By order filed February 8, 2006, petitioner was granted thirty days in which to file an amended petition naming the proper respondent. Petitioner's copy of that order was returned as undeliverable. On May 16, 2006, the order was re-served on petitioner. On June 19, 2006, petitioner filed a document entitled "Motion for Hearing on Overdue Complaint."[1] Petitioner did not, however, file an amended petition as required by the February 8 order. Petitioner's request will be denied as premature.

        Good cause appearing, petitioner will be granted one final extension of time in which to file an amended petition. IT IS HEREBY ORDERED that:

        1. Petitioner's June 19, 2006 motion for hearing is denied.

---

[1] Petitioner referenced four other case numbers in this filing. Petitioner is advised that he must file individual documents in each case. This court has addressed his request in the instant case only.

1      2. Petitioner is granted thirty days from the date of this order in which to file an
2  amended petition that complies with this court's February 8, 2006 order.  Petitioner is cautioned
3  that failure to comply with this order will result in a recommendation that this action be
4  dismissed.
5      3. The Clerk of the Court is directed to send petitioner a copy of the court's
6  February 8, 2006 order as follows:

        Kenneth Mills
        Number 8655265
        L.A. County Jail
        441 Bauchet Street
        Los Angeles, CA  90012

10  DATED: July 18, 2006.

                              UNITED STATES MAGISTRATE JUDGE

/001;mill0136.ext