IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                       No. CIV S-06-0136 LKK EFB P

    vs.

HALL OF JUSTICE,

    Respondent.                     <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. <u>See</u> 28 U.S.C. § 2254. On February 8, 2006, the court directed petitioner to file an amended petition naming the proper respondent. On June 19, 2006, petitioner filed a document styled "motion for hearing." On July 19, 2006, the court denied that request and gave petitioner 30 days to file an amended petition naming the proper respondent. The court explained to petitioner that the proper respondent is the person having immediate custody of him and warned that failure to comply with the order would result in a recommendation that this action be dismissed.

        On August 14, 2006, petitioner filed an amended petition naming "Hall of Justice" as the respondent.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
3  after being served with these findings and recommendations, petitioner may file written
4  objections.  The document should be captioned "Objections to Magistrate Judge's Findings and
5  Recommendations."  Petitioner is advised that failure to file objections within the specified time
6  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
7  Cir. 1991).

8  DATED: August 29, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

14  \004
\mill0136.f&r wrong resp

2